

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2023

No. 04-22-00732-CV

Ana Marie **MENDEZ ESPINOZA**, Individually and as Personal Representative of the Estate of Juan Manuel Espinoza, Jr., Janice Janet Espinoza, Jonathan Espinoza, and Julia Espinoza, Appellants

v.

**THE KANSAS CITY SOUTHERN RAILWAY COMPANY**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2020CVF001385D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

The Appellants' Second Unopposed Motion for Extension of Time to File Brief is hereby GRANTED. The Appellants' brief is due on or before January 23, 2023.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court

